UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

CASE NO: 2:17-cv-00425-JVB-JEM

BREANNA SMITH,

    Plaintiff,

vs.

TPUSA, INC. d/b/a Teleperformance USA, a
Delaware corporation, and TPUSA-FHCS, INC.,
a Delaware corporation,

    Defendants.
_____/

**JOINT MOTION FOR APPROVAL OF SETTLEMENT OF FLSA CLAIM
AND STIPULATION FOR DISMISSAL *WITH PREJUDICE***

Plaintiff, BREANNA SMITH ("Plaintiff"), and Defendants, TPUSA, INC. and TPUSA-FHCS, INC. ("Defendants"), (collectively, the "Parties"), by and through their undersigned counsel, hereby file this motion requesting the Court for approval of the resolution of Plaintiff's alleged violation of the Fair Labor Standards Act, 29 U.S.C. § 201 *et seq.* ("FLSA"), and stipulate to the dismissal of all claims raised in the instant action, *with prejudice* (the "Joint Motion"). In support thereof, the Parties state as follows:

1. Plaintiff filed a Complaint styled *Breanna Smith v. TPUSA, Inc. d/b/a Teleperformance USA, and TPUSA-FHCS, Inc.*, on or about September 22, 2017 in the Lake County Circuit Court of Indiana, which was subsequently removed to the United States District Court for the Northern District of Indiana, in which Plaintiff alleges seven (7) causes of action under the following statutes and purported legal theories: Title VII of the Civil Rights Act of 1964 ("Title VII") (Count I); the Family and Medical Leave Act of 1993 ("FMLA") (Count II); Promissory Estoppel (Count III); Retaliatory Discharge (Count IV); the Fair Labor Standards Act ("FLSA") (Count V); the Indiana Minimum Wage Law (Count VI); and the Indiana Wage Payment

Act (Count VII) (collectively, "Plaintiff's Claims").

2. While Defendants deny any liability whatsoever to Plaintiff and more specifically assert with respect to Plaintiff's FLSA claim that, *inter alia*, Plaintiff was compensated properly under the FLSA, after considerable discussion, analysis, and negotiation, the Parties have reached a settlement that is a fair and reasonable compromise of all claims, including Plaintiff's FLSA claim.

3. Pursuant to Seventh Circuit precedent, judicial review and approval of a compromise of a Plaintiff's FLSA claim provides a final and binding effect. *See Roberts v. Apple Sauce, Inc.*, 2014 WL 4804252 (N.D. Ind. Sept. 25, 2014). To this end, Plaintiff and Defendants have at all times been represented by competent counsel experienced in the litigation of FLSA claims. The Parties agree that the settlement of Plaintiff's FLSA claim, as specified in the Confidential Settlement Agreement and Full and Final General Release (the "Confidential Settlement Agreement") between Plaintiff and Defendants, which is attached hereto as **Exhibit "A,"** represents a fair and reasonable compromise of Plaintiff's FLSA claim in light of the defenses to the claim and the potential of Plaintiff obtaining no recovery on Plaintiff's FLSA claim, if the defenses prevail. Likewise, Defendants are limiting the expenses associated with further litigation of Plaintiff's FLSA claim. The Parties therefore respectfully submit that resolution of Plaintiff's FLSA claim should be approved by the Court as fair and reasonable, consistent with precedent *Roberts*.

4. The Parties stipulate to the dismissal of this action *with prejudice*, such that upon the Court's approval of the resolution of Plaintiff's FLSA claim, the Parties request the Court to enter a Final Order of Dismissal of Plaintiff's Claims *With Prejudice,* with the Parties to bear their own attorneys' fees, expert fees, paralegal's fees, and costs, except as otherwise set forth in the Confidential Settlement Agreement. Attorneys' fees were negotiated separately from the alleged

FLSA damages, with Plaintiff's attorney acting pro bono and waiving attorneys' fees other than the nominal sum of $100.00 in order to ensure adequate consideration for the Agreement.

**WHEREFORE**, Plaintiff, BREANNA SMITH, and Defendants, TPUSA, INC. and TPUSA-FHCS, INC., respectfully request the Court to: (i) grant the Joint Motion; (ii) issue a Final Order approving the settlement of Plaintiff's Claims; and (iii) dismiss all claims in this action *with prejudice*, retaining jurisdiction to enforce the Confidential Settlement Agreement.

Dated:  May 10, 2018

Respectfully submitted,

| | |
|---|---|
| */s/ Paul Luka* | */s/ Sarah J. Lis* |
| Roberto (Alex) Alejandro Mendoza, Esq. | Thomas B. Fullerton, Esquire |
| | Indiana Bar No. 28958-45 |
| **ALEX MENDOZA LAW, LLC** | Email: Thomas.Fullerton@akerman.com |
| 6950 Indianapolis Blvd. | **AKERMAN LLP** |
| Hammond, IN  46324 | 71 So. Wacker Drive, 46th Flr. |
| Tel: 219-200-2000 | Chicago, IL  60606 |
| Fax: 866-676-4550 | Telephone: 312.634.5700 |
| Email: alex@alexmendozalaw.com | Facsimile: 312.424.1900 |
| and | And |
| Paul Luka, Esq. | Eric A. Gordon, Esquire |
| **MENDOZA LAW, P.C.** | Florida Bar No. 071341 |
| 120 S State St, Ste 400 | *Admitted Pro Hac Vice* |
| Chicago, IL 60603 | E-mail: eric.gordon@akerman.com |
| Tel: 312-508-6010 | Sarah J. Lis, Esquire |
| Email: paul@alexmendozalaw.com | Florida Bar No. 071341 |
| | *Admitted Pro Hac Vice* |
| *Attorneys for Plaintiff* | E-mail: sarah.lis@akerman.com |
| | **AKERMAN LLP** |
| | 777 S Flagler Dr, Ste 1100, W Tower |
| | West Palm Beach, FL  33401-6183 |
| | Telephone: 561.653.5000 |
| | *Attorneys for Defendants* |

**CERTIFICATE OF SERVICE**

  I HEREBY CERTIFY that on May 10, 2018, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. I also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                 /s/ Sarah J. Lis
                 Sarah J. Lis

**SERVICE LIST**

Roberto (Alex) Alejandro Mendoza, Esq.
**ALEX MENDOZA LAW, LLC**
6950 Indianapolis Blvd.
Hammond, IN 46324
Tel: 219-200-2000
Fax: 866-676-4550
Email: alex@alexmendozalaw.com

and

Paul Luka, Esq.
**MENDOZA LAW, P.C.**
120 S State St, Ste 400
Chicago, IL 60603
Tel: 312-508-6010
Email: paul@alexmendozalaw.com
*Attorneys for Plaintiff*
*Via CM/ECF*

Thomas B. Fullerton, Esquire
Indiana Bar No. 28958-45
Email: Thomas.Fullerton@akerman.com
**AKERMAN LLP**
71 So. Wacker Drive, 46th Flr.
Chicago, IL 60606
Telephone: 312.634.5700
Facsimile: 312.424.1900

and

Eric A. Gordon, Esquire
Florida Bar No. 071341
*Admitted Pro Hac Vice*
E-mail: eric.gordon@akerman.com
Sarah J. Lis, Esquire
Florida Bar No. 071341
*Admitted Pro Hac Vice*
E-mail: sarah.lis@akerman.com
**AKERMAN LLP**
777 S Flagler Dr, Ste 1100, W Tower
West Palm Beach, FL 33401-6183
Telephone: 561.653.5000
*Attorneys for Defendants*
*Via CM/ECF*

45173655;1