UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| Breanna Smith,<br><br>  Plaintiff,<br><br>  v.<br><br>TPUSA Inc, *et al.*,<br><br>  Defendants. | Case No. 2:17-CV-425 JVB |

**ORDER**

**ORDER APPROVING FLSA SETTLEMENT AND
DISMISSING ACTION *WITH PREJUDICE***

This CAUSE has come before the Court upon the Joint Motion for Approval of Settlement of FLSA Claim and Stipulation for Dismissal *With Prejudice* [DE 25] filed by Plaintiff, BREANNA SMITH, and Defendants, TPUSA, INC. and TPUSA-FHCS, Inc. The Court, having considered the Joint Motion, having reviewed the file, and being otherwise advised in the premises, it is hereby **ORDERED AND ADJUDGED** as follows:

1. The Court finds the settlement of Plaintiff's FLSA claim as set forth in the Confidential Settlement Agreement and Full and Final General Release (the "Confidential Settlement Agreement") between Plaintiff and Defendants, which has been reviewed by the Court, to be fair and reasonable. Accordingly, the Joint Motion is **GRANTED**.

2. The Parties' Confidential Settlement Agreement is hereby **APPROVED**.

3. The above-styled action is hereby **DISMISSED *WITH PREJUDICE***, and all pending motions, if any, are **DENIED AS MOOT**.

4. The Parties shall bear their own attorneys' fees, expert fees, paralegals' fees and costs, except as otherwise provided in the Parties' Confidential Settlement Agreement.

5. The Court directs the Clerk of the Court to **CLOSE** this case.

SO ORDERED on June 27, 2018.

                                                                      s/ Joseph S. Van Bokkelen
                                                               JOSEPH S. VAN BOKKELEN
                                                               UNITED STATES DISTRICT JUDGE